IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00324-01-CR-W-HFS |
| | ) | |
| DUANE C. CARTER | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the report and recommendation regarding defendant's competence to stand trial, and the expert evaluation dated February 12, 2014, and noting the absence of objections to the report and recommendation, I hereby ADOPT the report and recommendation (Doc. 31) and find that the defendant is not currently suffering from a mental disease or defect that would prevent him from understanding the nature and consequences of the proceeding against him or assisting in his defense.

SO ORDERED

                                                                    /s/ Howard F. Sachs
                                                                    HOWARD F. SACHS
                                                                    UNITED STATES DISTRICT JUDGE

May  21 , 2014

Kansas City, Missouri